UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13216-GAO

TYLER RAYMOND NORTON,
Plaintiff,

v.

MICHAEL RODRIGUES, OSVALDO VIDEL, BRIAN MCDONALD,
STEVEN SILVA, CHRISTOPHER PHELPS, BRIAN WOZNIAK,
JEFFREY ALTERI, GREGORY BEDARD, and JOHN DOE(1),
Defendants.

ORDER
August 30, 2018

O'TOOLE, D.J.

The defendant Michael Rodrigues has moved for a stay of further proceedings in this court pending an interlocutory appeal from this Court's Order entered July 13, 2018 (dkt. no. 88) denying summary judgment on the basis of qualified immunity, among other reasons. The plaintiff has filed a notice stating that he does not object to the requested stay.[1] Accordingly, the motion is GRANTED and the case is STAYED until further order. By this Order, the Court takes no position as to the defendant's substantive contentions in his motion to stay, including the availability of an interlocutory appeal and his assertions regarding the factual record.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] Defense counsel was previously excused from the requirements of Local Rule 7.1(a)(2) because the plaintiff was incarcerated and proceeding *pro se* when he filed suit. Since then, the plaintiff has been released and has retained counsel. Consequently, the parties shall be subject to the provisions of the rule and, in particular, shall not file any motion without the required certification "that they have conferred and have attempted in good faith to resolve or narrow the issue." L.R. 7.1(a)(2).